UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KARAM NAHAS,<br><br>　　　　　Plaintiff(s),<br><br>-against-<br><br>PINNACLE CREDIT SERVICES, LLC; and JOHN DOES 1-25<br><br>　　　　　Defendant(s). | Civil Case No.: 3:17-cv-09441 BRM-TJB<br><br>**NOTICE OF SETTLEMENT** |

　　　Please be advised that the above-captioned matter has been settled and a Notice of Voluntary Dismissal will be filed shortly.

Dated: November 29, 2017

　　　　　　　　　　　　　　　　　　　　　*/s/ Joseph K. Jones*

　　　　　　　　　　　　　　　　　　　　　Joseph K. Jones, Esq.
　　　　　　　　　　　　　　　　　　　　　JONES, WOLF & KAPASI, LLC
　　　　　　　　　　　　　　　　　　　　　375 Passaic Avenue, Suite 100
　　　　　　　　　　　　　　　　　　　　　Fairfield, New Jersey 07004
　　　　　　　　　　　　　　　　　　　　　(973) 227-5900 telephone
　　　　　　　　　　　　　　　　　　　　　(973) 244-0019 facsimile
　　　　　　　　　　　　　　　　　　　　　jkj@legaljones.com
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*